IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br>        **Plaintiffs,** <br><br>        v. <br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br>        **Defendants.** | Case No. 1:23-cv-02767 |

**JOINT MOTION TO ENTER CONSENT DECREE**

Plaintiffs, which are ten states[1] and the Puget Sound Clean Air Agency (collectively, "Plaintiffs"), and Defendants Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA," and with Plaintiffs, the "Parties"), jointly request that this Court enter the attached proposed consent decree.

In support of this request, the Parties state as follows:

1. On September 21, 2023, Plaintiffs filed this Clean Air Act ("CAA") citizen suit under 42 U.S.C. § 7604(a)(2), alleging that EPA has failed to undertake certain nondiscretionary duties under CAA § 111(b)(1)(B). *See* Complaint, ECF No. 1 at ¶¶ 38-43. Plaintiffs allege that CAA § 111(b)(1)(B) requires that EPA "at least every 8 years, review, and if appropriate, revise" the New Source Performance Standards or promulgate a determination that such review is "not appropriate in light of readily available information on the efficacy of such standard[s]" for two

---

[1] The states are Alaska, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New York, Oregon, Vermont, and Washington.

categories of stationary sources: (1) New Residential Wood Heaters, 40 C.F.R. Part 60, Subpart AAA, and (2) New Residential Hydronic Heaters and Forced-Air Furnaces, 40 C.F.R. Part 60, Subpart QQQQ.  *See id.* ¶¶ 17-18, 29, 38-40.

2. The Parties have negotiated a proposed consent decree that would resolve the substantive claims of Plaintiffs' complaint.  A copy of the proposed consent decree is attached as **Exhibit A**.

3. On July 26, 2024, EPA filed a "Notice of Federal Register Publication."  *See* ECF No. 25.  As required by the Clean Air Act, 42 U.S.C. § 7413(g), EPA published a Federal Register notice seeking public comment on a proposed consent decree in the above-captioned action.  *See* 89 Fed. Reg. 60629 (July 26, 2024 Proposed Consent Decree, Clean Air Act Citizen Suit).  The 30-day comment period closed on August 26, 2024.

4. That notice and comment process is now complete.  Four public comments were received.  In EPA's view, none of these comments "disclose facts or considerations which indicate that … consent is inappropriate, improper, inadequate, or inconsistent," and therefore they are not sufficiently adverse to justify withdrawing EPA's agreement to the proposed consent decree as provided under 42 U.S.C. § 7413(g).

5. Accordingly, the Parties desire that the Court enter the proposed consent decree.

6. In the proposed consent decree, the Parties state their agreement that the consent decree is fair, reasonable, and in the public interest.

WHEREFORE, the Parties request the Court to enter the proposed consent decree in Exhibit A.

Dated: September 26, 2024                    Respectfully submitted,

| FOR THE STATE OF NEW YORK | FOR THE STATE OF MARYLAND |
|---|---|
| LETITIA JAMES<br>Attorney General | ANTHONY G. BROWN<br>Attorney General |
| By: /s/ Nicholas C. Buttino<br>Nicholas C. Buttino<br>Michael Myers<br>Assistant Attorney General<br>Env. Protection Bureau<br>The Capitol<br>Albany, NY 12224<br>(518) 776-2406<br>Nicholas.Buttino@ag.ny.gov | By: /s/ Steven J. Goldstein<br>Steven J. Goldstein<br>Special Assistant Attorney General<br>200 Saint Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6414<br>Sgoldstein@oag.state.md.us |
| **FOR THE STATE OF ALASKA** | **FOR THE COMMONWEALTH OF MASSACHUSETTS** |
| TREG TAYLOR<br>Attorney General | ANDREA JOY CAMPBELL<br>Attorney General |
| By: /s/ Cody Doig<br>Cody Doig<br>Senior Assistant Attorney General<br>Environmental Section<br>Alaska Department of Law<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501-1994<br>(907) 269-5211<br>cody.doig@alaska.gov | By: /s/ Turner H. Smith<br>Turner H. Smith<br>Assistant Attorney General & Deputy Chief<br>Emily Field<br>Assistant Attorney General<br>Energy and Environment Bureau<br>1 Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 963-2782<br>Turner.Smith@mass.gov |
| **FOR THE STATE OF ILLINOIS** | **FOR THE STATE OF MINNESOTA** |
| KWAME RAOUL<br>Attorney General | KEITH ELLISON<br>Attorney General |
| By: /s/ Jason E. James<br>Jason E. James<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Bureau<br>69 W. Washington St.,<br>18th Floor Chicago, IL 60602<br>(312) 814-2069<br>Jason.James@ilag.gov | By: /s/ Peter N. Surdo<br>Peter N. Surdo<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Town Square Tower Suite 1400<br>Saint Paul, Minnesota 55101<br>(651) 757-1061<br>Peter.Surdo@ag.state.mn.us |

**FOR THE STATE OF NEW JERSEY**

MATTHEW J. PLATKIN
Attorney General

By: /s/ *Andrew H. Yang*
Andrew H. Yang
Deputy Attorney General
New Jersey Division of Law
124 Halsey Street
Newark, New Jersey 07102
(973) 648-4460
Andrew.Yang@law.njoag.gov

**FOR THE STATE OF OREGON**

ELLEN F. ROSENBLUM
Attorney General

By: /s/ *Paul Garrahan*
Paul Garrahan
Attorney-in-Charge
Steve Novick
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.state.or.us
Steve.Novick@doj.state.or.us

**FOR THE STATE OF VERMONT**

CHARITY R. CLARK
Attorney General

By: /s/ *Hanna Yindra*
Hannah Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Hannah.Yindra@vermont.gov

**FOR THE STATE OF WASHINGTON**

ROBERT W. FERGUSON
Attorney General

By: /s/ *Christopher H. Reitz*
Christopher H. Reitz
Assistant Attorney General
Washington State
Attorney General's Office
P.O. Box 40117
Olympia, WA 98504
(360) 586-4613
Chris.reitz@atg.wa.gov

**FOR THE PUGET SOUND CLEAN AIR AGENCY**

By: /s/ *Jennifer A. Dold*
Jennifer A. Dold
General Counsel
Puget Sound Clean Air Agency
1904 Third Avenue, Suite 105
Seattle WA USA 98101
(206) 689-4015
jenniferd@pscleanair.gov

**FOR MICHAEL REGAN, ADMINISTRATOR U.S. EPA, U.S. EPA**

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

/s/ *Bryan J. Harrison*
BRYAN J. HARRISON
Florida Bar No. 106379
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
Telephone: (202) 307-0930
Email: bryan.harrison@usdoj.gov