UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br>    Plaintiffs<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>    Defendants. | Civil Action No. 23-2767 (CKK) |

**ORDER**
(October 2, 2024)

Upon consideration of the parties' [28] Joint Motion to Enter Consent Decree and the representations therein, it is, this 2nd day of October 2024, hereby

**ORDERED** that the parties' [28] Joint Motion to Enter Consent Decree is **GRANTED**, and the Court accordingly **ENTERS** the accompanying Consent Decree; it is further

**ORDERED** that the deadline for Defendants Michael S. Regan and the U.S. Environmental Protection Agency to respond to the Complaint is **VACATED**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge