IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendants. | Case No. 1:23-cv-02767 |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68(a), Defendants Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "Defendants,"), through their undersigned counsel, hereby notify the Court that Plaintiffs, which are ten states[1] and the Puget Sound Clean Air Agency (collectively, "Plaintiffs") have been served with and have accepted an offer of judgment against Defendants and in favor of Plaintiffs in the amount of $60,000.00, in full satisfaction of any and all of Plaintiffs' claims for attorneys' fees and other recoverable costs of litigation incurred by Plaintiffs in connection with the above-captioned action. Defendants' offer of judgment is attached hereto as **Exhibit A**.

Accordingly, Defendants request that the Clerk of Court enter judgment pursuant to Fed. R. Civ. P. 68(a).

---

[1] The states are Alaska, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New York, Oregon, Vermont, and Washington.

Dated: December 19, 2024

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
    RESOURCES DIVISION

*/s/ Bryan J. Harrison*
BRYAN J. HARRISON (FL Bar # 106379)
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
Telephone: (202) 305-5426
E-mail: bryan.harrison@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that, on December 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                            */s/ Bryan J. Harrison*
                                            BRYAN J. HARRISON

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　Defendants. | Case No. 1:23-cv-02767 |

## OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Defendants Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA,"), hereby offer to have judgment taken against them and in favor of Plaintiffs, which are ten states[1] and the Puget Sound Clean Air Agency (collectively, "Plaintiffs"), in the amount of $60,000.00, in full satisfaction of any and all of Plaintiffs' claims for attorneys' fees and other recoverable costs of litigation incurred by Plaintiffs in connection with the above-captioned action.

[Signature block in full on following page]

---

[1] The states are Alaska, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New York, Oregon, Vermont, and Washington.

1

| | |
|---|---|
| Dated: December 6, 2024 | Respectfully submitted, |
| | TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>ENVIRONMENT AND NATURAL<br>    RESOURCES DIVISION |
| | */s/ Bryan J. Harrison*<br>BRYAN J. HARRISON (FL Bar # 106379)<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20002<br>Telephone: (202) 305-5426<br>E-mail: bryan.harrison@usdoj.gov |
| | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that, on December 6, 2024, I cased the foregoing offer of judgment to be served by electronic mail and first-class mail on the following counsel:

Nicholas C. Buttino, Assistant Attorney General
Michael Myers, Assistant Attorney General
Env. Protection Bureau, New York State Office of the Attorney General
The Capitol
Albany, New York 12224

Cody Doig
Senior Assistant Attorney General
Environmental Section
Alaska Department of Law
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501-1994

Jason E. James
Assistant Attorney General
Office of the Attorney General Environmental Bureau
69 W. Washington St., 18th Floor
Chicago, Illinois 60602

Steven J. Goldstein, Special Assistant Attorney General
Maryland Attorney General's Office
200 Saint Paul Place
Baltimore, Maryland 21202

Turner H. Smith, Assistant Attorney General & Deputy Chief
Emily Field, Assistant Attorney General
Energy and Environment Bureau
1 Ashburton Place, 18th Floor
Boston, Massachusetts 02108

Peter N. Surdo, Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street
Town Square Tower Suite 1400
Saint Paul, Minnesota 55101

Andrew H. Yang, Deputy Attorney General
New Jersey Division of Law
124 Halsey Street
Newark, New Jersey 07102

Paul Garrahan, Attorney-in-Charge
Steve Novick, Special Assistant Attorney General
Natural Resources Section, Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096

Hannah Yindra, Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, Vermont 05609

Christopher H. Reitz, Assistant Attorney General
Washington State Attorney General's Office
P.O. Box 40117
Olympia, Washington 98504

Jennifer A. Dold, General Counsel
Puget Sound Clean Air Agency
1904 Third Avenue, Suite 105
Seattle, Washington 98101

                                              */s/ Bryan J. Harrison*
                                              BRYAN J. HARRISON